# RESOLUCIONES DICTADAS POR EL TRIBUNAL SUPREMO DE PUERTO RICO EN ASUNTOS NOTARIALES DESDE JUNIO 22 A DICIEMBRE 28, 1914.

No. 372. Ex PARTE BESOSA, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company en junio 19, 1914. Resuelto en junio 22, 1914. Aprobada la fianza. El peticionario compareció en nombre propio.

No. 379. Ex PARTE COBALLES, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company en febrero 18, 1914. Resuelto en junio 24, 1914. Aprobada la fianza. El peticionario compareció en nombre propio.

No. 375. Ex PARTE GUZMÁN, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial otorgada por la Fidelity & Deposit Company of Maryland en junio 20, 1914. Resuelto en junio 30, 1914. Aprobada dicha fianza. El peticionario compareció en nombre propio.

No. 419. Ex PARTE LÓPEZ, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company. Resuelto en julio 7, 1914. Aprobada dicha fianza. El peticionario compareció en nombre propio.